**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HARJINDER SINGH, | : | Civil No. 1:26-CV-02622 |
| Petitioner, | : | |
| v. | : | |
| CRAIG LOWE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is a petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by Harjinder Singh. (Doc. 1.) Because Petitioner has been released from custody, the court finds that his petition is moot and will be dismissed.

On September 11, 2026, Petitioner filed this petition for writ of habeas corpus against Craig Lowe, Warden of Pike County Correctional Facility ("Respondent"). (Doc. 1.) He argues that his continued detention without an individualized bond hearing violates his due process rights. (*Id.*) Respondent filed a suggestion of mootness upon the record on October 13, 2026, advising the court that Petitioner was removed from the United States on October 6, 2026. (Doc. 6, p. 1; Doc. 6-1.)[1] Respondent submits that the petition is now moot and should be dismissed. (Doc. 6, p. 2.)

[1] For ease of reference, the court uses the page numbers from the CM/ECF header.

Generally, a petition for habeas corpus becomes moot when the petitioner is released from custody before the petition has been addressed on the merits. *DeFoy v. McCullough*, 393 F.3d 439, 441 (2005) (citing *Lane v. Williams*, 455 U.S. 624, 631 (1982)). This is so because for a case or controversy to exist, the petitioner "must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Id.* (quoting *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990)). Here, even if Petitioner was successful on the merits of his petition, there is no action to be redressed by this court since Petitioner was removed, and he is no longer detained in the United States. For this reason, the petition is moot and will be dismissed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: October 14, 2026